## Commonwealth *v.* Whalen, Appellant.

Argued March 18, 1976.

*Richard R. Fink*, Assistant Public Defender, for appellant; *Peter F. Schenck*, Assistant District Attorney, with him *Stephen B. Harris*, First Assistant District Attorney, and *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Williams, Appellant.

Argued March 15, 1976. *John L. Lachall*, with him *Stephen A. DelRossi*, and *Reilly & Fogwell*, for appellant; *William R. Muir, Jr.*, Assistant District Attorney, with him *William H. Lamb*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.